EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Rm # 6100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: ron.johnson@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2003

at 9 o'clock and 10 min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FERNANDO RUIZ MATUTINA,<br><br>            Defendant. | CR. NO. CR03-00593 HG<br><br>INFORMATION<br><br>[18 U.S.C. § 2113(a)] |

### INFORMATION

The United States Attorney charges that:

On or about October 7, 2003, in the District of Hawaii, defendant FERNANDO RUIZ MATUTINA, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Bank of Hawaii, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: December 18, 2003, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Fernando Ruiz Matutina,
USDC-Hawaii CR. No.
Information.